In the Matter of the Claim of SELMA CARSWELL, Respondent, against JOHN and MARGARET BREWSTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Man employed as house servant (bartender) for one evening when his employer had a large number of guests at his home, fell down a stairway and received injuries from which he died. Causal relation and wage rate established. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of HERBERT L. GROSS, Respondent, against DAVEY TREE EXPERT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer had a contract with the New York Telephone Company to trim trees along its line. Claimant was engaged in this work for the employer. The truck used by claimant in his employer's work was stored over the week end on the premises of Mrs. McMillan. As claimant came to work on Monday morning Mrs. McMillan was unable to start her car standing in the yard, and she asked claimant to push her car with the truck, in the hope of starting it. Claimant did so, and continued to push the car and otherwise assist Mrs. McMillan along the highway until he had gone a distance between two and three miles. And while standing on the running board of her car and making efforts to overcome the difficulty, the door which he was clutching opened, and he fell to the ground, and was injured. The evidence shows that claimant received instructions from the employer " to do everything possible to obtain good will for the Telephone Company on the job; " and that pursuant to these instructions it was his practice to do small favors to that end. It may be that the claimant was unusually generous in his efforts in behalf of Mrs. McMillan, but it does not appear that any definite limits were placed on the favors which claimant was authorized to bestow. Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee and Bliss, JJ., concur; Rhodes, J., dissents; Crapser, J., dissents, and votes to reverse the award and to dismiss the claim.

In the Matter of the Claim of EDWARDO MAFFI, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Employee of the city of New York fell upon an icy sidewalk while standing in line to receive his shovel and implements to engage in the occupation of shoveling snow. Evidence sustains finding that he had been employed the day before and was waiting for the foreman to furnish him with implements, and that he received pay for the time he stood waiting in line. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.